# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J. MCFARLANE, K.J. BRUBAKER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**BRADLEY Q. NGUYEN**
**GUNNER'S MATE FIRST CLASS (E-6), U.S. NAVY**

**NMCCA 201400429**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 5 August 2014.
**Military Judge:** LtCol David M. Jones, USMC.
**Convening Authority:** Commanding Officer, Naval Support Activity Charleston, Goose Creek, SC.
**Staff Judge Advocate's Recommendation:** LT Doug Ottenwess, JAGC, USN.
**For Appellant:** Maj Emmett S. Collazo, USMCR.
**For Appellee:** Mr. Brian K. Keller, Esq.

**26 February 2015**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court